## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

VICTOR ANDREW APODACA, SR.,

       Petitioner,

v.                                                                     No. CV 18-671 KG/CG

WARDEN MARK BOWEN,
et al.,

       Respondents.

### ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

**THIS MATTER** is before the Court on Petitioner's *Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915*, (Doc. 2), filed July 13, 2018. The Court, having reviewed the Motion and Affidavit, finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Petitioner's *Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915*, (Doc. 2), is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE