# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

DR. VICTOR ANDREW APODACA SR.,

    Petitioner,

vs.                                                                                      No. 1:18-cv-00671-KWR-CG

MARK BOWEN, WARDEN
GEO ADMIN, ACC WARDEN
MRS. SUSANA HUTCHISON,
ACCOUNTANT MRS. BRENNAN
GEO GROUP INC.,

    Respondents.

## JUDGMENT

**THIS MATTER** is before the Court on the Petition Under 28 U.S.C. § 2241 For a Writ of Habeas Corpus filed by Petitioner, Dr. Victor Andrew Apodaca Sr. (**Doc. 1**) and the Court having entered its Memorandum Opinion and Order dismissing the Petition for failure to state a claim on which relief may be granted,

**IT IS ORDERED** that the Petition Under 28 U.S.C. § 2241 For a Writ of Habeas Corpus filed by Petitioner, Dr. Victor Andrew Apodaca Sr. (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** to filing of a new prisoner civil rights complaint.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE